UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES FORTUNE,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　- against -<br><br>POPDUST, INC.<br><br>　　　　　　　　　　　Defendant. | 1:17-cv-4163-JFK |

## **REQUEST FOR ENTRY OF DEFAULT**

Plaintiff, JAMES FORTUNE ("Plaintiff"), respectfully request that the Clerk of the Court enter the default of the Defendant, POPDUST, INC. pursuant to Rule 55 (a) of the Federal Rules of Civil Procedure, for failure to plead or otherwise defend, as more particularly set forth in the annexed affidavit of Richard P. Liebowitz, Esq. (A Clerk's Certificate is enclosed herewith).

Date: August 18, 2017
　　　Valley Stream, New York

　　　　　　　　　　　　　　　　　　　　　　　　　　LIEBOWITZ LAW FIRM, PLLC

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/Richard Liebowitz
　　　　　　　　　　　　　　　　　　　　　　　　　　Richard P. Liebowitz, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　　　11 Sunrise Plaza, Suite 305
　　　　　　　　　　　　　　　　　　　　　　　　　　Valley Stream, New York 11530
　　　　　　　　　　　　　　　　　　　　　　　　　　Tele: 516-233-1660
　　　　　　　　　　　　　　　　　　　　　　　　　　RL@LiebowitzLawFirm.com