**MEMO ENDORSED**

August 18, 2017

**VIA ECF**

Honorable John F. Keenan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-21-17

Re:   *Fortune v. Popdust, Inc. (1:17-cv-4163-JFK)*

Dear Judge Keenan,

We represent Plaintiff, James Fortune, in the above case. The defendant has yet to appear in the case. We write to the Court to respectfully adjourn the initial conference scheduled for August 22, 2017 at 11:00am so that Plaintiff can put together default materials.

The Courts consideration is much appreciated.

/s/Richard Liebowitz
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, New York 11580
Tele: 516-233-1660
RL@LiebowitzLawFirm.com

*Attorneys for Plaintiff James Fortune*

```
Defendant Popdust, Inc. having failed to appear, the conference scheduled
for August 22, 2017 is adjuorned.

SO ORDERED.

Dated:   New York, New York
         August 21, 2017
                                            John F. Keenan
                                       United States District Judge
```