UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

James Fortune

                 Plaintiff(s),

    - against -

PopDust, Inc.

                 Defendant(s),
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
8/24/2017

17 Civ. 4163 (jfk)

**CLERK'S CERTIFICATE OF DEFAULT**

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on June 4, 2017 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s) PopDust, Inc. by personally serving their agent Corporation Trust Company, and proof of service was therefore filed on August 18, 2017, Doc. #(s) 9.

I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.

Dated: New York, New York

Aug 24, 2017

RUBY J. KRAJICK
Clerk of Court

By: _____
Deputy Clerk