UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ X
JAMES FORTUNE,  :
          Plaintiff,  :
  -against-  :   No. 17 Civ. 4163 (JFK)
                            **ORDER**
POPDUST, INC.,  :
          Defendant.  :
------------------------------------ X

**JOHN F. KEENAN, United States District Judge:**

On August 24, 2017, the Clerk of Court entered a certificate of default against Defendant, who never entered an appearance in this action or otherwise responded to the Complaint. Plaintiff, however, never moved for default judgment, and this case has remained dormant ever since the Clerk's entry of default.

Accordingly, the Court directs the Clerk of Court to close this case and remove it from the active docket.

**SO ORDERED.**

Dated:  New York, New York
         February 20, 2020

                                      John F. Keenan
                            United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-20-20